## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MELVIN R. BROWN,**
   **Plaintiff,**

**vs.**          **CASE NO.: 3:07cv231/LAC/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
   **Defendant.**
_____

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 25, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  The Commissioner's decision denying benefits is REVERSED.

  3.  The Commissioner shall remand this case to the ALJ for further consideration consistent with the Report and Recommendation of the magistrate judge.

4.      Judgement shall be entered in favor of plaintiff pursuant to sentence four of 42 U.S.C. § 405(g) and the clerk is directed to close the file.

**DONE AND ORDERED this 25th  day of August, 2008.**

s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**